```
DAVID ELDER (SBN 171510)
delder@housingrightscenter.org
DANNY YOO (SBN 251574)
520 S. Virgil Avenue, Suite 400
Los Angeles, CA  90020
Tel.:  (213) 387-8400 x32
Fax:   (213) 381-8555
```

ATTORNEYS FOR PLAINTIFF(S)

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ALEJANDRA KOLYVAKIS, an individual<br><br>         Plaintiff,<br>    vs.<br><br>260 SYCAMORE LLC, a California Corporation<br><br>         Defendant. | Case No.: CV12 00774-DMG (JCGx)<br><br>**PRELIMINARY INJUNCTION** |

This matter is before the Court on the Order to Show Cause ("OSC") re preliminary injunction [Doc. # 7].  Defendant has failed to file a response to the OSC and the deadline to do so has passed.  For the reasons stated in the OSC, IT IS HEREBY ORDERED:

1.     Defendant shall not take any further steps to evict Plaintiff Alejandra Kolyvakis because of her medically-prescribed animals, pending the resolution of this case or the dissolution of this Preliminary Injunction;

-1-
[PROPOSED] PRELIMINARY INJUNCTION

2. In lieu of a bond, Plaintiff shall continue to pay her regular rent each month to Defendant, beginning in March and continuing until the resolution of this case or the dissolution of this Preliminary Injunction;

3. Having considered Plaintiff's circumstances, the balance of equities, and the likelihood of harm to Defendant, the Court waives any further bond requirement for the Preliminary Injunction other than the requirement to continue making rent payments, as set forth above.

4. The February 24, 2012 hearing is hereby **VACATED**.

IT IS SO ORDERED.

Dated: February 21, 2012

_____
HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE